AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11722690

RECEIVED
By USMS District of Columbia District Court at 9:32 am, Oct 02, 2024

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00310 |
| Andre Maurice Bonneau (AKA: "Andy") | ) Assigned To : Judge Zia M. Faruqui |
| | ) Assign. Date : 10/01/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                          Andre Maurice Bonneau                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting/Resisting/Impeding a Federal Officer;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Buildings or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds: 40
U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.

Date:    10/01/2024

*Zia M. Faruqui*
Digitally signed by Zia M. Faruqui
Date: 2024.10.01 16:23:56 -04'00'

*Issuing officer's signature*

City and state:       Washington, D.C.                                    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/2/24 , and the person was arrested on *(date)* 10/3/24
at *(city and state)* Portland, ME .

Date: 10/3/24

*Arresting officer's signature*

Tim Powers (DUSM)
*Printed name and title*